```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAURA L. FERRIS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2932
 5
 6
 7
 8
                  IN THE UNITED STATES DISTRICT COURT FOR THE
 9
                         EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,       )    2:03-CR-0374-MCE
12                                  )
              Plaintiff,            )    PRELIMINARY ORDER OF
13                                  )    FORFEITURE
         v.                         )
14                                  )
    NICHOLAS WILLIAM BLASGEN,       )
15                                  )
              Defendant.            )
16  _____)
```

Based upon the plea agreement entered into between plaintiff United States of America and defendant Nicholas William Blasgen, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 1028(b)(5), defendant Nicholas William Blasgen's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    1. Dell Dimension 8200 Tower computer, serial number 48TBP11, and hard drive;

    2. Dell Tower computer, model number XPST500, serial number 1HCJY, and hard drive;

    3. laminates bearing the California State seal and

|   |   |   |
|---|---|---|
| 1 |   | California Department of Motor Vehicles seal found in the defendant's home; |
| 2 | 4. | laminates bearing magnetic encoding strips found in the defendant's home; |
| 3 |   |   |
| 4 | 5. | Fellows EXL45 laminator found in the defendant's home; |
| 5 |   |   |
| 6 | 6. | AKILES Pro Lam 230 laminator, serial number 017091; |
| 7 | 7. | California false identification documents found in the defendant's home; |
| 8 | 8. | Samsung Monitor model CyncMaster 151P, serial number GH15H4KT300689P; and |
| 9 |   |   |
| 10 | 9. | Samsung Monitor model CyncMaster 151P, serial number GH15H4KT300690P. |

2. The above-listed property constitutes personal property used, and intended to be used, in any manner or part, to commit and to facilitate the commission of a violation of 18 U.S.C. § 1028(a)(5).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-described property. That the aforementioned forfeited property shall be seized and held by the United States Secret Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 1028(g) incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the Daily Democrat (Yolo County), a newspaper of general circulation located in the county in which the above-described property was seized, notice of this Order, notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed

property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

     b. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

     c. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 1028(b)(5) in which all interests will be addressed.

DATED: August 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE