1  McGREGOR W. SCOTT
   United States Attorney
2  LAURA L. FERRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2932

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )      2:03-cr-0374-MCE
                                     )
12             Plaintiff,            )      FINAL ORDER OF FORFEITURE
                                     )
13        v.                         )
                                     )
14  NICHOLAS WILLIAM BLASGEN,        )
                                     )
15             Defendant.            )
    _____)

16

17        WHEREAS, on August 30, 2005, this Court entered a Preliminary

18  Order of Forfeiture pursuant to the provisions of 18 U.S.C. §

19  1028(b)(5) based upon the plea agreement entered into between

20  plaintiff and defendant Nicholas William Blasgen forfeiting to the

21  United States the following property:

22             1.   Dell Dimension 8200 Tower computer, serial number
                    48TBP11, and hard drive;
23
               2.   Dell Tower computer, model number XPST500, serial
24                  number 1HCJY, and hard drive;

25             3.   laminates bearing the California State seal and
                    California Department of Motor Vehicles seal found in
26                  the defendant's home;

27             4.   laminates bearing magnetic encoding strips found in
                    the defendant's home;
28  ///

                                    1

5.   Fellows EXL45 laminator found in the defendant's home;

6.   AKILES Pro Lam 230 laminator, serial number 017091;

7.   California false identification documents found in the defendant's home;

8.   Samsung Monitor model CyncMaster 151P, serial number GH15H4KT300689P; and

9.   Samsung Monitor model CyncMaster 151P, serial number GH15H4KT300690P.

AND WHEREAS, on November 2, 9, and 16, 2005, the United States published notification of the Court's Preliminary Order of Forfeiture in the Daily Democrat (Yolo County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 1028(b)(5), to be disposed of according to law, including all right, title, and interest of Nicholas William Blasgen.

2.  All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

///

3.   The United States Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

DATED: June 5, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE